Michael W. Carmel (#007356)
MICHAEL W. CARMEL LTD.
80 E. Columbus Ave.
Phoenix, Arizona 85012
Telephone: (602) 264-4965
Fax: (602) 277-0144
michael@mcarmellaw.com

Proposed Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| PHOENIX HELIPARTS INC., | Case No. 2:15-bk-12003-DPC |
| Debtor. | **DEBTOR'S PROPOSED AGENDA FOR SEPTEMBER 22, 2015 HEARING** |
| | Hearing Date: September 22, 2015<br>Hearing Time: 9:30 a.m.<br>Hearing Location: 230 N. First Avenue, 6th Floor, Courtroom 603, Phoenix, AZ |

Debtor, PHOENIX HELIPARTS, INC., by and through its counsel undersigned, hereby submits the following proposed Agenda for the hearing the Court has scheduled on **September 22, 2015 at 9:30 a.m.:**

1. MOTION FOR ORDER AUTHORIZING AND APPROVING DEBTOR'S USE OF FUNDS CLAIMED AS CASH COLLATERAL (DE #6)

2. MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND SALARIES AND TO HONOR PRE-PETITION EMPLOYEE BENEFITS AND POLICIES (DE #7)

3. MOTION FOR ORDER PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES (DE #8)

4. MOTION TO APPROVE CASH MANAGEMENT SYSTEM (DE #9)

5. MOTION FOR ORDER AUTHORIZING PAYMENT OF PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS AND SERVICE PROVIDERS (DE #10)

6. APPLICATION TO EMPLOY MICHAEL W. CARMEL, LTD. AS COUNSEL (DE #11)

DATED this 21st day of September, 2015.

                        MICHAEL W. CARMEL, LTD.

                        By    Carmel, M.W. (007356)
                               Michael W. Carmel
                               80 E. Columbus Avenue
                               Phoenix, Arizona 85012-2334
                               Proposed Attorney for Debtor

COPY of the foregoing
Emailed this 21st day of September, 2015 to:

Jennifer Giaimo, Esq.
Office of the U.S. Trustee
230 N. First Avenue
Phoenix, Arizona 85003
Jennifer.a.giaimo@usdoj.gov

Steven N. Berger, Esq.
Engelman Berger, PC
3636 North Central Avenue
Suite 700
Phoenix, Arizona 85012
snb@eblawyers.com
Attorneys for TKC Aerospace, Inc.

James Ball, Esq.
Poli & Ball, PLC
2999 N. 44th Street
Suite 500
Phoenix, AZ 85018
ball@poliball.com
Attorneys for JP Morgan Chase

By *Sharon D. Kirby*

787207.1     2
Case 2:15-bk-12003-DPC   Doc 24   Filed 09/21/15   Entered 09/21/15 13:58:06   Desc
Main Document   Page 2 of 2